NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
     Social Security Administration
     Office of the General Counsel
     160 Spear St Ste 800
     San Francisco, CA 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARTHA LARA,<br><br>    Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 5:19-cv-01800-MRW<br><br>[~~PROPOSED~~] JUDGMENT |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   September 28, 2020

_____
HON. MICHAEL R. WILNER
United States Magistrate Judge

-2-